UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,
    Plaintiff/Counter-Defendant,

v.

JAY NIRBAN,
    Defendant/Counter-Plaintiff/
    Third-Party Plaintiff,

v.

SUBHASH PATEL and PRITI PATEL,
husband and wife, Jointly & Severally,
    Third-Party Defendants.
_____/

Case No. 2:25-cv-10610

Honorable Susan K. DeClercq
United States Federal Judge

**ORDER DISMISSING THIRD-PARTY COMPLAINT WITHOUT PREJUDICE (ECF No. 13)**

On March 5, 2026, the parties through legal counsel stipulated to voluntary dismissal under Fed. R. Civ. P. 41(C). Having reviewed the stipulation, and finding it proper under that rule, **IT IS ORDERED** that the Third-Party Complaint filed by Jay Nirban against Subhash Patel and Priti Patel, ECF No. 13, is **DISMISSED WITHOUT PREJUDICE** and without costs to either party.

    IT IS SO ORDERED.

                              */s/Susan K. DeClercq*
                              SUSAN K. DeCLERCQ
                              United States District Judge

Dated: March 9, 2026

- 2 -

**Stipulated and agreed to by**:

/s/ *James E. R. Fifelski*
James E. R. Fifelski       (P65148)
Attorney for Def/Ctr-Pltf/Third-Pty Pltf Defs
455 E. Eisenhower Pkwy, Ste 300
Ann Arbor, MI 48108
734-726-0225

/s/ *Zachary J. Murry* (w/permission)
Zachary J. Murry (P73565)
Attorney for Pltf/Ctr-Def/Third-Pty
1701 Woodlands Drive, Ste 100
Maumee, OH 43537
419-897-6500